Thomas Smith SPN 809681
1200 Baker
Houston Tex 77002

83,004-01

To the Criminal Appeal's of Texas

To the Appeal Court's Clerk:

Attach is a Docutrine from the courts way voilating Rule of law of Habeas Corpus and of our civil rights to law Library. from time we as Researcher of the Law Has Been Denied of going to Law Library An of going to Research Cases out.

Also certain Motion such as the writ of Mandamus, the woman who Control Name is Mrs Jamie who Quoted That Sheriff Adrian Garcia do not want them Issue out writ Mandamus And such other motion. They don't Issue Baw Books Niether, while in Population.

Dear Clerk of Criminal Appeal would Let me Know have Receave This Letter. Please Thanks
    Researcher
Steve Lane #1199484
Lionel Newman 75795
Bill Johnson 00355026
Darius Weathersby 02219810

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk

ON Dec 23 015 Applicant wrote an writ of Habeas Corpus, ON Jan 12 was file a Motion --- Reqesting Designation of Issue. (1) Whether the Applicant was denied a fair and Impartial Hearing and no #2 Whether the Applicant Judgement Is Void.

The case no# 505112 Is twenty-three years old and is use for Exparte In Indictment as a paragraphy on Indictment. Applicant did not Sign Plea bargin and fail to go before the presiding Judge In District Court 183th. THE

Exparte Knowly Voilated the writ of Habeas Corpus Time of Answer Designation of Issue ON Jan 14. 015 Signature ~~~~~ of the Presiding Judge In District Court 183th has been over Sixty-five working days Applicant have not Receave from Exparte A State Proposed finding of fact Conclusion of Law and Order from District Court 183th

The Above Statement Is True and Correct ON the date of

Thomas J Smith 809681